RECEIVED SEP 0 6 2019

Sarah Majid Zeaiter 13993029
Federal Correctional institution
P.O Box 1731
Waseca, MN, 56093

Chief U.S District Court Judge Linda R. Reade
Northen District Court Iowa
Cedar Rapids, IA, 54021

Case number: 0862 1:15 CR00054-004

To The Honorable Judge R. Reade:

Your Honor this letter is a formal request for Re-Consideration of my sentence from October 14th, 2016. I was sentence to 87 months in prison, and I fully understand the seriousness of my actions.

However, I'm requesting to your Honor to reconsider my maximum of my sentence [70-87] because of the whole experience of being arrested, staying in Jail and being sentenced 87 months has been profound impact on me, my family and society. I deeply regret my selfish actions.

Your Honor I'm talking advantage of B.O.P Programs and I'm currently enrolled in Cook apprenticeship (Culinary Arts) that carry up to 4000 hours and as today I already get credit for 2000 hrs around Febraury 2020 I will be done and I will received certification of this important program.

Your Honor I complete several classes that are being offered in this institution. I'm enclosing a copy of my programing record and educationals of the complete classes since my incarceration.

RECEIVED SEP 16 2019

Also I'm enclosing a copy of my chronological disciplinary report and as proof of my obligation re institutional is full paid since Jan. 31st, 2017.

Your Honor my copies of my last performance at my current job is enclosed to for you to notice my Improvement at work, ability to learn, keep job and respect to staff and co-workers.

Since I've been incarcerated I promise my self and my family to take any opportunity to better my self so I will be ready to be back to society, be successfull and have the correct respect for law enforceme[nt]

Your Honor I would like to know that already took care of my immigration detainer ordered to go back to my country as soon as I finsh my sentence.

Thankyou for taking your time to reconsider my sentence and check if I reach after all this my minimum sentence 70 months.

Thankyou

Sincerely
Sarah
Sarah Zeaiter
Tues. Aug. 20th. 2019.

REGISTER NO: 13993-029     NAME..: ZEAITER               FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: WAS-WASECA FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
WAS  ESL HAS    ENGLISH PROFICIENT         01-23-2017 1929 CURRENT
WAS  GED HAS    COMPLETED GED OR HS DIPLOMA 07-06-2017 0919 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| WAS F | COOK APPRENTICESHIP PROGRAM | 02-22-2019 | CURRENT | | | | |
| WAS F | ACE DREAMSCAPES | 03-21-2019 | 04-25-2019 | P | C | P | 12 |
| WAS F | BASIC HOME ECONOMICS ACE | 03-20-2019 | 05-01-2019 | P | C | P | 12 |
| WAS F | GED PREP: BIO & GENETICS ACE | 03-19-2019 | 04-23-2019 | P | C | P | 12 |
| WAS F | IMPROV ACE | 11-13-2018 | 12-18-2018 | P | C | P | 12 |
| WAS F | KEYBOARDING ACE | 09-13-2018 | 11-28-2018 | P | C | P | 6 |
| WAS F | PUBLIC SPEAKING ACE | 09-12-2018 | 10-31-2018 | P | C | P | 12 |
| WAS F | REAL ESTATE INVESTING ACE | 09-18-2018 | 09-25-2018 | P | C | P | 12 |
| WAS F | SPELLING & VOCABULARY ACE | 09-10-2018 | 10-29-2018 | P | C | P | 12 |
| WAS F | SERVSAFE MANAGER COURSE | 04-15-2018 | 06-01-2018 | P | C | P | 12 |
| WAS F | GENDERING BODIES ACE CLASS | 01-29-2018 | 04-30-2018 | P | C | P | 22 |
| WAS F | SUN SMART HEALTH SERVICES | 04-26-2018 | 04-26-2018 | P | C | P | 1 |
| WAS F | REC:BUILD BETTER BODY CLS;RPP1 | 03-10-2018 | 03-18-2018 | P | C | P | 4 |
| WAS F | REC CLS:INTRO TO GUITAR | 01-04-2018 | 02-04-2018 | P | C | P | 4 |
| WAS F | HEALTHY AGING | 01-20-2018 | 02-10-2018 | P | C | P | 4 |
| WAS F | REC: WELLNESS CLASS, RPP 1 | 12-02-2017 | 12-10-2017 | P | C | P | 4 |
| CRW LOW | RPP4/USPO SUPERVISION | 02-10-2017 | 02-10-2017 | P | C | P | 1 |
| CRW LOW | BEGINNING CROCHET/ HOSPITAL | 01-06-2017 | 01-27-2017 | P | C | P | 4 |

--------------------------- HIGH TEST SCORES ---------------------------
| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| TABE M | LANGUAGE | 8.8 | 02-13-2017 | CRW | 9 | |
| | MATH APPL | 9.4 | 02-13-2017 | CRW | 9 | |
| | MATH COMP | 6.1 | 02-13-2017 | CRW | 9 | |
| | READING | 6.6 | 02-13-2017 | CRW | 9 | |
| | TOTAL MATH | 7.4 | 02-13-2017 | CRW | 9 | |

G0000         TRANSACTION SUCCESSFULLY COMPLETED

```
REGISTER NO: 13993-029 NAME..: ZEAITER, SARAH MAJID
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-01-2019
```

```
G5401      DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

```
WASFE               *         INMATE FINANCIAL RESPONSIBILITY       *         08-01-2019
PAGE 001 OF 001 *   DISPLAY INMT FINANCIAL OBLG ADJUSTMENTS   *         09:38:27


REGNO: 13993-029  OBLG NO: ALL   NO. ADJ TO VIEW: 15       FUNC: DSS
NAME.: ZEAITER, SARAH MAJID              TYPE OBLG: ASSESSMENT USDC
OBLG STATUS.: COMPLETEDZ  OBLG BAL..: 0.00           OBLG NO: 1
DATE ADDED FCL   ADJ TYPE    ADJ REASON       ADJ AMT    DEP NO.  DETAIL
01-31-2017 CRW   PAYMENT     OUTSIDE           300.00                N
```

G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

BP-A324.052
OCT 1998

# WORK PERFORMANCE RATING - INMATE

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| Inmate's Name: ZEAITER, S | Register No. 13993-029 | Unit C |
|---|---|---|
| Evaluation Period: JUNE 2019 | Work Assignment: STAFF DINING | |

Bonus Justification: _LEAT_

Signature and Date of Dept. Head Approval: _[signature]_ 7/1/19

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. **Outstanding. Does superior work.** ✓

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. **Outstanding. Drives self exceptionally hard all the time.** ✓

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. **Outstanding. Has good ideas on better ways of doing things.** ✓

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. **Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.** ✓

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. **Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.** ✓

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. **Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.** ✓
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. **Outstanding. Makes a real effort to please the instructor. Does exactly as is told.** ✓

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. **Outstanding. Gets along well with everyone. Very popular.** ✓

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**JUNE 2019**

**J. GRADES AND PAY**
1. Performance Pay - Grade Class: 1 ②  3  4  M.
2. Hours of Satisfactory work: 159
3. Regular Pay: 46.11
4. Bonus Recommended: 20.00
5. Total Pay: 66.11

Supervisor's Signature: _[signature]_  Date: 6/29/19
Inmate's Signature: NOT AVAILABLE TO SIGN  Date: _____

Inmate was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature: _____

BP-A575.052
MAR 1994
PERFORMANCE PAY DAILY RECORD - INMATE
**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Date: 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Date: 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Date: 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| Date: 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| Date: 30 | | | | | | |

1

Total Hours: _____

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| C = Callout | V = Visit | AD = Admin. Det./ Discip. Seg |
| E = Education | HO = Holiday | VC = Vacation |
| F = Furlough | I = Medical Idle | U = Unsatisfactory |
| H = Hospital | UA = Unauthorized | |

OCT 1998

# WORK PERFORMANCE RATING - INMATE

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| Inmate's Name: | ZEAITER, S. | Register No. | 139930-029 | Unit | C |
|---|---|---|---|---|---|
| Evaluation Period | MAY 2019 | Work Assignment | STAFF DINING | | |

Bonus Justification

Signature and Date of Dept. Head Approval
ON Green 6/4/19

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

MAY 2019

**J. GRADES AND PAY**
1. Performance Pay - Grade Class  1  ②  3  4  M.
2. Hours of Satisfactory work    159
3. Regular Pay                   46.10
4. Bonus Recommended:            20.00
5. Total Pay                     66.10

Supervisor's Signature _____ Date 6/1/19
Inmate's Signature   Saval    Date 6/1/19

Inmate was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature _____

BP-A575.052
MAR 1994
PERFORMANCE PAY DAILY RECORD - INMATE
**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Date: | | | 1 | 2 | 3 | 4 |
| Date: 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Date: 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| Date: 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| Date: 26 | 27 | 28 | 29 | 30 | 31 | |

Total Hours: _____

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| C | = Callout | V | = Visit | AD | = Admin. Det./ Discip. Seg |
| E | = Education | HO | = Holiday | VC | = Vacation |
| F | = Furlough | I | = Medical Idle | U | = Unsatisfactory |
| H | = Hospital | UA | = Unauthorized | | |

| Inmate's Name: | ZEAITER / ZEITER, S. | Register No. | 13993-029 | Unit | C |

Evaluation Period: APRIL 2019
Work Assignment: STAFF DINING

Bonus Justification: LEAD IN OM

Signature and Date of Dept. Head Approval: _June 5-6-19_

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. **Outstanding. Does superior work.**

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. **Outstanding. Drives self exceptionally hard all the time.**

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. **Outstanding. Has good ideas on better ways of doing things.**

D. INTEREST; EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. **Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.**

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. **Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.**

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. **Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.**
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. **Outstanding. Makes a real effort to please the instructor. Does exactly as is told.**

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. **Outstanding. Gets along well with everyone. Very popular.**

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

APRIL 2019

J. GRADES AND PAY
1. Performance Pay - Grade Class: 1 (2) 3 4 M
2. Hours of Satisfactory work: 159
3. Regular Pay: 46.11
4. Bonus Recommended: 23.00
5. Total Pay: 69.11

Supervisor's Signature: _____ Date: 4/30/19
Inmate's Signature: Sara _____ Date: 5/3/19

Inmate was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature: _____

BP-A575.052
MAR 1994
PERFORMANCE PAY DAILY RECORD - INMATE
**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Date: | 1 | 2 | 3 | 4 | 5 | 6 |
|  | 7 |  |  |  |  |  |
| Date: 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|  | 7 |  |  |  |  |  |
| Date: 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|  | 7 |  |  |  |  |  |
| Date: 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|  | 7 |  |  |  |  |  |
| Date: 28 | 29 | 30 |  |  |  |  |
|  | 7 |  |  |  |  |  |

Total Hours: _____

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| C = Callout | V = Visit | AD = Admin. Det./ Discip. Seg |
| E = Education | HO = Holiday | VC = Vacation |
| F = Furlough | I = Medical Idle | U = Unsatisfactory |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name: | ZEITER, S. | Register No. | 13993-029 | Unit | C |
|---|---|---|---|---|---|
| Evaluation Period | MARCH 2019 | Work Assignment | STAFF DINING | | |

Bonus Justification: LEAD ON DOES GREAT WORK

Signature and Date of Dept. Head Approval: [signature] 4-1-19

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

### A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. **Outstanding. Does superior work.**

### B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. **Outstanding. Drives self exceptionally hard all the time.**

### C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. **Outstanding. Has good ideas on better ways of doing things.**

### D. INTEREST; EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. **Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.**

### E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. **Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.**

### F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. **Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.**
4. Good. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

### G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. **Outstanding. Makes a real effort to please the instructor. Does exactly as is told.**

### H. ABILITY TO WORK WITH OTHERS
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. **Outstanding. Gets along well with everyone. Very popular.**

### I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. **Continue to employ the person but without a raise or promotion this time?**
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

### J. GRADES AND PAY
1. Performance Pay - Grade Class: 1 **②** 3 4 M
2. Hours of Satisfactory work: 159
3. Regular Pay: 46.11
4. Bonus Recommended: 20.00
5. Total Pay: 66.11

Supervisor's Signature: [signature]  Date: 3/30/19  
Inmate's Signature: OUT  Date: ___

Inmate was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature: ___

BP-A575.052  
MAR 1994  
**PERFORMANCE PAY DAILY RECORD - INMATE**  
U.S. DEPARTMENT OF JUSTICE  
FEDERAL BUREAU OF PRISONS

| | 1 | 2 |
|---|---|---|
| | | 7 |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Date: 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | 7 | | | | | |
| Date: 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| | 7 | | | | | |
| Date: 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| | 7 | | | | | |
| Date: 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 7 | | | | | |
| Date: 31 | | | | | | |

Total Hours: ___

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| C | = Callout | V | = Visit | AD | = Admin. Det./ Discip. Seg |
| E | = Education | HO | = Holiday | VC | = Vacation |
| F | = Furlough | I | = Medical Idle | U | = Unsatisfactory |
| H | = Hospital | UA | = Unauthorized | | |

MARCH 2019

| Inmate's Name: | ZEAITER, S. | Register No. | 13993-029 | Unit | C |
|---|---|---|---|---|---|
| Evaluation Period | FEBRUARY 2019 | Work Assignment | STAFF DINING | | |

Bonus Justification: ON GREAT WORKED

Signature and Date of Dept. Head Approval: [signature] 3-5-19

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

### A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. **Outstanding. Does superior work.**

### B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. **Outstanding. Drives self exceptionally hard all the time.**

### C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. **Outstanding. Has good ideas on better ways of doing things.**

### D. INTEREST; EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. **Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.**

### E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. **Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.**

### F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. **No supervision required. Completely dependable in all things.**

### G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what he is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. **Outstanding. Makes a real effort to please the instructor. Does exactly as is told.**

### H. ABILITY TO WORK WITH OTHERS
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. **Outstanding. Gets along well with everyone. Very popular.**

### I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. **Continue to employ the person but without a raise or promotion this time?**
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

### J. GRADES AND PAY
1. Performance Pay - Grade Class    1  **2**  3  4  M.
2. Hours of Satisfactory work: 159
3. Regular Pay: 46.11
4. Bonus Recommended: 20.00
5. Total Pay: 66.11

Supervisor's Signature: [signature]   Date: 3/1/19
Inmate's Signature: [signature]   Date: 3-4-19

Inmate was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature: _____

BP-A575.052
MAR 1994
PERFORMANCE PAY DAILY RECORD - INMATE
**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Date: | | | | | 1 | 2 |
| | | | | | 8 | |
| Date: 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | 8 | | | | | |
| Date: 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| | 8 | | | | | |
| Date: 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| | 8 | | | | | |
| Date: 24 | 25 | 26 | 27 | 28 | | |
| | 8 | | | | | |

Total Hours: _____

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| C | = Callout | V | = Visit | AD | = Admin. Det./ Discip. Seg |
| E | = Education | HO | = Holiday | VC | = Vacation |
| F | = Furlough | I | = Medical Idle | U | = Unsatisfactory |
| H | = Hospital | UA | = Unauthorized | | |

OCT 1998

# WORK PERFORMANCE RATING - INMATE

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| Inmate's Name: | ZEAITER, S. | Register No. | 13993-029 | Unit | C |
|---|---|---|---|---|---|
| Evaluation Period | JANUARY 2019 | Work Assignment | STAFF DINING | | |

Bonus Justification: EXTRA WORK

Signature and Date of Dept. Head Approval

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class    1   2   ③   4   M.
2. Hours of Satisfactory work    159
3. Regular Pay    27.03
4. Bonus Recommended:    13.51
5. Total Pay    40.54

Supervisor's Signature _____ Date 1/29/19

Inmate's Signature _____ Date _____

Inmate was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature _____

BP-A575.052
MAR 1994
PERFORMANCE PAY DAILY RECORD - INMATE
U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Date: | | 1 | 2 | 3 | 4 | 5 |
| | | 7 | | | | |
| Date: 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | 7 | | | | | |
| Date: 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| | 7 | | | | | |
| Date: 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| | 7 | | | | | |
| Date: 27 | 28 | 29 | 30 | 31 | | |
| | 7 | | | | | |

Total Hours: _____

Note: For days reflecting less than 7 hours worked explain by inserting applicable code.

C = Callout          V = Visit       AD = Admin. Det./ Discip. Seg
E = Education        HO = Holiday    VC = Vacation
F = Furlough         I = Medical Idle    U = Unsatisfactory
H = Hospital         UA = Unauthorized

NAME Sarah Zeaiter REG# 13993029
FEDERAL CORRECTIONAL INSTITUTION UNIT___C___
P.O. BOX 1731
WASECA, MN 56093

MINNEAPOLIS MN
04 SEP 2019 PM 7 L

9/4/19
K

⇔13993-029⇔
Northern District Court
111 7TH AVE SE
Judge Reade
Cedar Rapids, IA 52401
United States